UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>        Plaintiff,<br><br>    v.<br><br>JNZ HOSPITALITY, LLC, a California Limited Liability Company,<br><br>        Defendants. | Case No. 2:21-cv-00857-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[L.R. 144 (A)]<br><br>Complaint Served: May 19, 2021<br>Current Response Date: Jul. 7, 2021<br>New Response Date: Aug. 6, 2021 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant JNZ Hospitality, LLC shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to August 6, 2021.

**IT IS SO ORDERED**

Dated: June 29, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE